IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WALTER LEE GREEN, JR., <br> No. 02289038, <br><br> Petitioner, <br><br> V. <br><br> BOBBY LUMPKIN, DIRECTOR, TDCJ, <br><br> Respondent. | § § § § § § § § § § § | <br><br><br><br><br> NO. 4:23-CV-182-Y |

## **FINAL JUDGMENT**

Consistent with the order denying petition for writ of habeas corpus signed this date, the relief sought by Petitioner, Walter Lee Green Jr., in this action is DENIED.

**SIGNED** August 2, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE